## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

**RUSSELL T. CAMPBELL**

**VS.**                                                      **CIVIL ACTION NO. 2:10cv90-KS-MTP**

**CAPTAIN CHIQUIDA BROWN, ET AL**

<u>ORDER</u>

This cause is before the Court on  Report and Recommendation [45] entered by United States Magistrate Judge Michael T. Parker on August 24, 2011.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be and the same hereby is adopted as the finding of this Court, and the Complaint against the Defendant, Ashley Roberts (identified as Robertson) and Brandon Dykes (identified as Diceson) be dismissed without prejudice.  A separate Judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Procedure.

SO ORDERED AND ADJUDGED this the 12th day of September, 2011.


*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE